UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Jose Luis Llamas-Delgado DEFENDANT(S). | CASE NUMBER ED 11-MJ-246 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __7-18-11__, at __2:00__ ☐ a.m. / ☒ p.m. before the Honorable __OSWALD PARADA__, in Courtroom __3__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __7/15/11__

U.S. District Judge/Magistrate Judge

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)

Page 1 of 1