# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. Jose Luis Llamas-Delgado DEFENDANT(S). | ED11 MJ 246 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of **Defendant**, IT IS ORDERED that a detention hearing is set for **7-20-11**, at **2:00** ☐ a.m. ☒ p.m. before the Honorable ~~OSWALD PARADA~~, in Courtroom **3**.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: **7-18-11**

_____
U.S. District Judge/Magistrate Judge

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
CR-66 (10/97)
Page 1 of 1